# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| AHNNA SCOTT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-2020 |
| TRUMARK FINANCIAL CREDIT UNION d/b/a TRUMARK FINANCIAL, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of March, 2018, upon consideration of Plaintiff Ahnna Scott's (Ms. Scott) Motion to Reinstate This Matter and Memorandum of Law in Support (Doc. No. 23.), and Defendant Trumark Financial's Memorandum of Law in Opposition, as well as the Evidentiary Hearing concerning this Motion held on March 2, 2018, it is hereby **ORDERED** that Ms. Scott's Motion to Reinstate This Matter is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE